No. 303. ATKINSON ET AL. *v.* STATE TAX COMM'N ET AL. October 11, 1937. The Clerk is directed to give notice to the Attorney General of the United States who is requested to present the views of the Government upon the questions (1) as to jurisdiction over the area in which the work of the contractors was performed and (2) whether the state tax imposes a burden upon the Government. Brief may be filed by the Government on or before December 1, 1937 with leave to the respective parties to file briefs in reply on or before December 31, 1937.

No. 849 (October Term 1936). OHIO EX REL. GREEN *v.* KING ET AL. October 11, 1937. The motion for leave to file a third petition for rehearing is denied. *Mr. Carl Green, pro se.* No appearance for respondents.

No. 423. HANFGARN *v.* MARK. Appeal from the Supreme Court of New York. Decided October 18, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Second Employers' Liability Cases,* 223 U. S. 1, 50; *New York Central R. Co.* v. *White,* 243 U. S. 188, 198; *Silver* v. *Silver,* 280 U. S. 117, 122; *Fearon* v. *Treanor,* 301 U. S. 667. *Mr. A. H. De-Yampert* for appellant. No appearance for appellee.